IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
IN THIS OFFICE
NOV 24 2026
Clerk U.S. District Court
Greensboro, N.C.
BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | Civil No. 1:26MC21 |
| v. | : | |
| $48,943.00 in U.S. CURRENCY, | : | |
| and | : | |
| $56,644.85 in U.S. CURRENCY, | : | |
| and | : | |
| $229,930.41 in U.S. CURRENCY,<br>Defendants. | : | |

**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED COMPLAINT OF FORFEITURE**

Plaintiff United States of America, by and through Dan Bishop, United States Attorney for the Middle District of North Carolina, and pursuant to 18 U.S.C. § 983(a)(3)(A), hereby respectfully moves the Court to extend, by 60 days, to and including January 22, 2027, the time within which to file a civil forfeiture Complaint against the above-named properties, which were seized on May 15, 2026, May 19, 2026, and May 20, 2026, respectfully. The United States requests additional time for further investigation of the basis for forfeiture, and for evaluation of the administrative claims.

Shakeel Chaudhry, who claims a portion of the properties in the administrative forfeiture action, is represented by Allan Blackwell of WAB Law PLLC. There are no other

claimants in the administrative forfeiture process. Mr. Blackwell has consented to the extension requested by the United States.

WHEREFORE, Plaintiff United States of America respectfully requests that the Court grants an extension of time to file a civil forfeiture Complaint against the above-named properties, from November 24, 2026, to and including January 22, 2027.

A proposed Order is attached.

This the 24th day of November, 2026.

Respectfully submitted,

DAN BISHOP
U.S. ATTORNEY

Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: (336) 333-5351
Email: lynne.klauer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, the foregoing document was filed with the Clerk of the Court, and I hereby certify that I have emailed the document to the following:

Allan Blackwell
WAB Law PLLC
313 South Greene Street
Suite 303
Greensboro, NC 27401
***Attorney for Shakeel Chaudhry***

Lynne P. Klauer
Assistant United States Attorney